**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00472-CV

**TODD DYER, PHRK INTERVENTION, INC., PHRK INTERVENTION, LLC, AND SOUTHSIDE DEVICE, LLC, Appellants**

**V.**

**MEDOC HEALTH SERVICES, LLC, AND TOTAL RX CARE, LLC, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00822**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 19, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE